UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| In re: | : | Case No. 10__-22765_____ (_rdd__) |
|  | : |  |
| __Roy Daher & Ellen Wojtal_____, | : | Chapter 13__ |
|  | : |  |
| Debtor(s) | : |  |

_____:

## LOSS MITIGATION FINAL REPORT

**Name of Lender**: _ Carrington Mortgage Services
_____

**Property Address**: __37 Huested Lane West Nyack, NY 10994

**Last Four Digits of Account Number of Loan**: 6686_____

**File Date of Request for Loss Mitigation**: 04/27/2010

**Date of Entry of Order Granting Loss Mitigation**: _08/02/2011_____

**Date of Entry of Order Approving Settlement (*if any*)**: _____

**Other Requests for Loss Mitigation in this Case**: ____ Yes        ___X_ No

  *The use of the Court's Loss Mitigation Procedures has resulted in the following (please check appropriate box below)*:

  X  Loan modification.

    Short sale.

    Surrender of property.

    No agreement has been reached.

    Other:  __There is no arrears.  Claim and all payments will be made out side the plan._____


  The filing of this ***Loss Mitigation Final Report*** terminates the loss mitigation procedures with respect to the loan identified above by the last four digits of the account number.

**Dated**: __09/12/2011_____

**Signature**: ____/s/ Joshua N. Bleichman_____